# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**UNITED STATES OF AMERICA**                                   **PLAINTIFF**

**v.**               **CASE NO. 4:09CR00223-01 BSM**

**HALDON GILKES**                                             **DEFENDANT**

## AMENDED JUDGMENT & COMMITMENT

The Judgment & Commitment entered on December 20, 2012 [Doc. No. 78], is hereby amended to correct the date offense ended as July 17, 2009 instead of July 19, 2009.

All other conditions contained in the original judgment & commitment remain in full force and effect.

The clerk is directed to provide a copy of this order to the United States Probation Office and the Untied States Marshals Service.

IT IS SO ORDERED this 21st day of December 2012.

                                                   _/s/ Brian S. Miller_
                                                   UNITED STATES DISTRICT JUDGE